**No. 10-7313. In re James Thomas Wright, Jr., Petitioner.**

562 U.S. 1059, 131 S. Ct. 683, 178 L. Ed. 2d 517, 2010 U.S. LEXIS 9401, ■

November 29, 2010. Petition for writ of habeas corpus denied.

**No. 10-7189. In re Donabel Martinez-Herrera, Petitioner.**

562 U.S. 1059, 131 S. Ct. 676, 178 L. Ed. 2d 517, 2010 U.S. LEXIS 9290.

November 29, 2010. Petition for writ of mandamus denied.

**No. 10-245. In re The Travelers Indemnity Company, et al., Petitioners.**

562 U.S. 1059, 131 S. Ct. 644, 178 L. Ed. 2d 517, 2010 U.S. LEXIS 9331.

November 29, 2010. Petition for writ of mandamus denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 10-6704. In re Hubert Warren, Petitioner.**

562 U.S. 1059, 131 S. Ct. 660, 178 L. Ed. 2d 517, 2010 U.S. LEXIS 9258.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-7112. In re Lester Jon Ruston, Petitioner.**

562 U.S. 1060, 131 S. Ct. 671, 178 L. Ed. 2d 517, 2010 U.S. LEXIS 9369.

November 29, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of mandamus dismissed. See Rule 39.8.

**No. 10-6849. In re Danny McGleachie, Petitioner.**

562 U.S. 1060, 131 S. Ct. 665, 178 L. Ed. 2d 517, 2010 U.S. LEXIS 9248.

November 29, 2010. Petition for writ of prohibition denied.

**No. 09-1332. Charles J. Sain, Petitioner v. Carolyn M. Snyder, et al.**

562 U.S. 1086, 131 S. Ct. 687, 178 L. Ed. 2d 517, 2010 U.S. LEXIS 9193.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 830, 131 S. Ct. 85, 178 L. Ed. 2d 27, 2010 U.S. LEXIS 6640.